26 (quoting <u>Daubert</u> and finding the probative value of the expert testimony to be outweighed by its unfair prejudicial effect).

13.   Even if their experts' testimony was technically admissible, its probative value is so slight as a result of the deficiencies and lack of methodology.

WHEREFORE, Plaintiff's request that this Court preclude the Defendants' expert witnesses from testifying at the time of trial.

Date:  July 18, 2005

Dennis M. Moskal, Esq.
Counsel for Plaintiff

Z E G A R E L L I
Technology & Entrepreneurial
   Ventures Law Group, PC
Allegheny Building, 12th Floor
Pittsburgh, PA  15219-1616

*8/23/05*
*denied*